| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Rabin J. Pournazarian, Bar No. 186735**<br>**Price Law Group, APC**<br>**6345 Balboa Blvd., Suite 247**<br>**Encino, CA 91316**<br>**Telephone: 818-995-4540**<br>**Facsimile: 818-995-9277**<br>**rabin@pricelawgroup.com**<br><br>☐ *Debtor appearing without attorney*<br>☒ *Attorney for:* Debtor<br>☐ *Chapter 13 trustee* | **FILED & ENTERED**<br><br>**SEP 08 2022**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** may      **DEPUTY CLERK** |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| In re:<br><br>YVETTE YVONNE MAGANA<br><br><br><br><br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 2:20-bk-14361-SK<br><br>CHAPTER: 13<br><br>**ORDER ON:**<br>☐ **DEBTOR'S MOTION TO MODIFY PLAN OR SUSPEND PLAN PAYMENTS**<br>☐ **DEBTOR'S MOTION FOR AUTHORITY TO REFINANCE REAL PROPERTY**<br>☒ **DEBTOR'S MOTION FOR AUTHORITY TO SELL REAL PROPERTY**<br>☐ **DEBTOR'S MOTION FOR AUTHORITY TO ENTER INTO LOAN MODIFICATION**<br>☐ **OTHER:**<br><br>☒ No hearing held<br>☐ Hearing held |

Based on Debtor's motion filed on (*date*) 8/19/22 as docket entry number 29 and the recommendation of the chapter 13 trustee, it is ordered that Debtor's motion is:

☐      Granted            ☐      Denied

☒      Granted on the terms set forth in the chapter 13 trustee's comments on or objection to Debtors' motion.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                     Page 1                     F 3015-1.14.ORDER.CH13.GENRL

1. The Debtor(s') counsel (if applicable) shall deposit any fees paid directly by the Debtor(s) for services related to the preparation of the instant related Motion into their client trust account until a fee application is approved by the Bankruptcy Court.
2. Escrow shall not disburse any funds until escrow receives either a demand from the Trustee or other written authorization.
3. The Trustee shall be entitled to make a demand upon escrow for sufficient funds to pay off the plan with a 100% dividend to unsecured creditors.
4. The Trustee is entitled to receive her full administrative fee at the current rate, including fees which would have been earned on the payment of the impaired claims of secured creditors. See In re Fulkrod, 973 F.2d 801 (9th Cir. 1992).
5. The escrow officer is requested to submit an estimated settlement statement to the Trustee via email at: kmurphy@latrustee.com within 3 business days after entry of an Order approving this motion.

☒ Granted on the following conditions:

1. The Creditor's Deed of Trust shall be paid off in full or in accordance with any sale approval by Creditor and/or it authorized servicing agent;
2. In the event that the sale of the Subject Property does not take place, the Creditor shall retain its lien for the full amount due under the Subject Loan;
3. The Creditor reserves the right to require an updated payoff demand prior to any close of escrow to ensure its claim is paid in full;
4. The Creditor's claim shall not be surcharged in any way with the costs of the sale or any other administrative claims, costs or expenses in connection with the sale of the Subject Property; and
5. In the event that the property is destroyed or damaged prior to the close of escrow, pursuant to the Deed of Trust, the creditor shall be entitled to its full rights as a loss payee with respect to the insurance proceeds and shall retain its security interest in such proceeds up to the entire balance due on the Deed of Trust.

☐ Set for hearing on (*date*) _____ at (*time*) _____.

###

Date: September 8, 2022

*Sandra R. Klein* (signature)
Sandra R. Klein
United States Bankruptcy Judge

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                Page 2                F 3015-1.14.ORDER.CH13.GENRL